# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL NUNEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>REHABCARE GROUP EAST, INC.,<br><br>　　　　　　Defendant. | Case No. 2:16-cv-01644-JCM-NJK<br><br>ORDER |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiff filed a complaint on July 12, 2016, but failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than July 27, 2016.

IT IS SO ORDERED.

DATED: July 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge