**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISABEL NUNEZ,<br><br>                              Plaintiff(s),<br><br>vs.<br><br>REHABCARE GROUP EAST, INC.,<br><br>                              Defendant(s). | Case No. 2:16-cv-01644-JCM-NJK<br><br>ORDER |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 28, 2016, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: December 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge