Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
Mahna Pourshaban, Bar No. 13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*RehabCare Group East, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISABEL NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>REHABCARE GROUP EAST, INC.; ROE CORPORATIONS I through X, inclusive; and DOES I through X, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01644-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of May, 2017.

HOLMAN LAW OFFICE

Kristina S. Holman, Bar No. 3742
3470 E. Russell Rd., Suite 202
Las Vegas, Nevada 89120
*Attorney for Plaintiff*

JACKSON LEWIS P.C.

Deverie J. Christensen, Bar No. 6596
Mahna Pourshaban, Bar No. 13743
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant RehabCare*
*Group East, Inc.*

## ORDER

IT IS SO ORDERED that the above-entitled case is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs

Dated June 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

4850-8605-0888, v. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28